

# NUMBER 13-12-00156-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE LAURA HERNANDEZ FLORES

## On Petition for Writ of Habeas Corpus.

## MEMORANDUM OPINION

### Before Justices Benavides, Vela, and Perkes
### Per Curiam Memorandum Opinion[1]

Relator, Laura Hernandez Flores, filed a petition for writ of habeas corpus in the above cause on March 6, 2012, contending that she is being illegally confined for contempt. The Court requested and received a response to the petition from the real parties in interest, Hilario Yebra Arismendi and Maria Antonia Yebra. The Court, having examined and fully considered the petition for writ of habeas corpus and the response thereto, is of the opinion that relator has not shown herself entitled to the relief sought.

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

Accordingly, the petition for writ of habeas corpus is DENIED.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

Delivered and filed the
9th day of March, 2012.